**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Kenneth A Thomas MD, LLC.

                                Plaintiff,

v.                                                   Case No.: 1:20−cv−02691

                                                          Honorable Marvin E. Aspen

Medgyn Products, Inc.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 20, 2020:

      MINUTE entry before the Honorable Marvin E. Aspen: Pursuant to the stipulation of dismissal [26], this case is dismissed with prejudice with each party to bear its own costs and fees. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.